**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6681

BILLY JOE TEDDER,

Petitioner - Appellant,

v.

ANTHONY PADULA, Warden, Lee Correctional Institution,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Margaret B. Seymour, District
Judge.   (8:10-cv-01415-MBS)

Submitted:  November 22, 2011       Decided:  December 8, 2011

Before WILKINSON, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Billy Joe Tedder, Appellant Pro Se.   Donald John Zelenka, Deputy
Assistant  Attorney  General,  Columbia,  South  Carolina,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Joe Tedder seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Tedder has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny as moot the pending motions for appointment of counsel and to strike. We dispense with oral argument because the facts and

2

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED